UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LOCAL 210 HEALTH AND INSURANCE FUND,  :
LOCAL 210 PENSION FUND and LOCAL 210  :
SCHOLARSHIP AND TRAINING FUND,        :    **RULE 7.1 STATEMENT**
                                      :
              Plaintiff,              :    DOCKET NO. 08-CV-7400
                                      :
   -against-                          :
                                      :
BERGDORF GOODMAN, INC.                :
              Defendant.              :
-----------------------------------------------------------------X

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Local 210 Health and Insurance Fund, Local 210 Pension Fund and Local 210 Scholarship and Training Fund, certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

           NONE.

Dated: New York, New York
      August 15, 2008         RAAB, STURM, GOLDMAN & GANCHROW, LLP

                            BY: _____
                                  IRA A. STURM (IAS-2042)
                                  Attorney for Plaintiffs
                                  317 Madison Avenue, Suite 1708
                                  New York, New York 10017
                                  Tel. (212) 683-6699
                                  Fax (212) 779-8596